# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

DEBRA M. ADAMS, DANILLIE L. )
MARS, MICHELLE L. MILLER and )
ANITA W. DAME, individually and on )
behalf of all others similarly situated, )
                                                             ) CIVIL ACTION NO.: 22-CV-99-LM
                             Plaintiff, )
v. )
                                                         )
DARTMOUTH-HITCHCOCK CLINIC, )
THE BOARD OF TRUSTEES OF )
DARTMOUTH-HITCHCOCK CLINIC, )
THE ADMINISTRATIVE INVESTMENT )
OVERSIGHT COMMITTEE OF )
DARTMOUTH-HITCHCOCK CLINIC and )
JOHN DOES 1-30. )
                                                          )
                             Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ANITA DAME AS A NAMED PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 21

Plaintiffs, Debra M. Adams, Danillie L. Mars, Michelle L. Miller, and Anita W. Dame (collectively, "Plaintiffs") hereby file this Motion to Withdraw Plaintiff Anita W. Dame as a Named Plaintiff, pursuant to Federal Rule of Civil Procedure 21. This motion is supported by the memorandum of law set forth below. Defendants, Dartmouth-Hitchcock Clinic, the Board of Trustees of Dartmouth-Hitchcock Clinic, and the Administrative Investment Oversight Committee of Dartmouth-Hitchcock Clinic (collectively, "Defendants"), have consented to this motion.

### FACTUAL BACKGROUND

On March 18, 2022, Plaintiffs filed a Class Action Complaint ("Complaint") (ECF No. 1). On May 31, 2022, Defendants filed a motion to dismiss the Complaint ("Motion to Dismiss") (ECF No. 22). Plaintiffs filed a Memorandum of Law in Opposition to the Motion to Dismiss on

June 14, 2022 (ECF No. 24). On June 21, 2022, Defendants filed a Reply in Support of the Motion to Dismiss (ECF No. 25). On March 10, 2023, Defendants filed their Answers and Defenses to the Complaint (ECF No. 35). The parties are engaged in full discovery.

Ms. Dame is no longer able to serve as a Named Plaintiff or Class Representative due to unforeseen personal obligations.

## ARGUMENT

Federal Rule of Civil Procedure 21 permits a court, "[o]n motion or on its own," and "on just terms," to "add or drop a party." "Rule 21 invests district courts with the authority to allow a dispensable nondiverse party to be dropped at any time." *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 832 (1989). Courts have recognized that the proper procedure to use to drop a plaintiff as a party is through Rule 21. *Martin v. Duke Energy Corp.*, 130 Fed. Appx. 629, 636 (4th Cir. 2005). "The proper inquiry for dropping a party under Rule 21, however, is not whether the party is nominal but whether the party is dispensable." *Rouse v. State Farm Mut. Auto. Ins. Co.*, 2015 WL 3849648, at *4 (M.D.N.C. June 22, 2015) (internal citations omitted). Accordingly, dropping Ms. Dame from this action as a Named Plaintiff pursuant to Fed. R. Civ. P. 21 is appropriate under the circumstances, given her inability to continue as a Named Plaintiff, and Defendants' consent to this motion. The matter will also proceed with Debra Adams, Danillie Mars, and Michelle Miller as Named Plaintiffs and proposed representatives of the class.

## CONCLUSION

Plaintiffs respectfully request the Court enter an Order withdrawing Anita Dame from this action as a Named Plaintiff pursuant to Federal Rule of Civil Procedure 21 with prejudice.

DATED: May 22, 2024                             Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
James A. Wells
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
           jayw@capozziadler.com

Donald R. Reavey
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Peter A. Muhic (*admitted pro hac vice*)
MUHIC LAW LLC
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Email: peter@muhiclaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
CAPOZZI ADLER, P.C.

4