# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DEBRA M. ADAMS, DANILLIE L. MARS, MICHELLE L. MILLER and ANITA W. DAME, individually and on behalf of all others similarly situated,<br><br>       *Plaintiffs*,<br>v.<br><br>DARTMOUTH-HITCHCOCK CLINIC, THE BOARD OF TRUSTEES OF DARTMOUTH-HITCHCOCK CLINIC, THE ADMINISTRATIVE INVESTMENT OVERSIGHT COMMITTEE OF DARTMOUTH-HITCHCOCK CLINIC and JOHN DOES 1-30.<br><br>       *Defendants*. | **CIVIL ACTION NO.: 22-CV-99-LM** |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 41.1, Plaintiffs Debra M. Adams, Danillie L. Mars, and Michelle L. Miller ("Plaintiffs") and Defendants Dartmouth-Hitchcock Clinic, the Board of Trustees of Dartmouth-Hitchcock Clinic, and the Administrative Investment Oversight Committee of Dartmouth-Hitchcock Clinic ("Defendants") (collectively, "the Parties") hereby jointly notify the Court that a class action settlement in principle has been reached by the Parties. The Parties are in the process of preparing a settlement term sheet. The Parties anticipate finalizing a settlement agreement within sixty (60) days of signing the term sheet, after which Plaintiffs will file a motion for preliminary approval of the class action settlement. In light of the agreement to settle this matter, and in the interest of efficiency and preserving judicial resources, the Parties respectfully request that all potential deadlines, hearings, or other dates set by the Court in this matter be suspended pending the forthcoming filing of the motion for preliminary approval of the class action settlement.

Dated: October 31, 2024

By /s/ *Mark K. Gyandoh*
Mark K. Gyandoh (admitted *pro hac vice*)
Jay Wells (admitted *pro hac vice*)
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
           jaw@capozziadler.com
Telephone:  (610) 890-0200
Fax: (717) 233-4103

Peter A. Muhic (admitted *pro hac vice*)
MUHIC LAW LLC
923 Haddonfield Road, Suite 300 Cherry Hill, NJ  08002
Telephone:  (856) 324-8252
Fax:  (717) 233-4103
Email:  peter@muhiclaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: */s/ Nancy G. Ross*
Nancy G. Ross (admitted *pro hac vice*)
Elaine Liu (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email: nross@mayerbrown.com
            eliu@mayerbrown.com

E. Brantley Webb (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
Email: bwebb@mayerbrown.com

Kathleen M. Mahan (NH #17124)
HINCKLEY, ALLEN & SNYDER, LLP
650 Elm Street
Manchester, NH 01301
(603) 225-4334
Email: kmahan@hinckleyallen.com

*Attorneys for Defendants Dartmouth-Hitchcock Clinic, Board of Trustees of Dartmouth-Hitchcock Clinic, and Administrative Investment Oversight Committee of Dartmouth-Hitchcock Clinic*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, October 31, 2024, I caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing(s) to all those registered with the ECF system.

*/s/ Elaine Liu*
Elaine Liu